

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF M. S. V., JR., MINOR CHILD, | § | No. 08-20-00088-CV |
|  | § | Appeal from the |
| Appellant. | § | 388th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2012DCM10912) |
|  | § |  |

## **O R D E R**

Appellant, pro se has filed a subsequent motion to "correct" the clerk's record. We interpret this to be a request to supplement the clerk's record to include certain items specified in the motion.

Therefore, we ORDER the District Clerk to, within fifteen days, (1) prepare a supplemental clerk's record containing the items requested by Appellant or (2) provide a written explanation as to why Appellant's request cannot be completed.

IT IS SO ORDERED this 3rd day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.